458 A.2d 284

Commonwealth v. Kremp, Appellant.

Argued January 13, 1983.

Edgar M. Snyder, for appellant; Kenneth Benson, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.